[No. 22840-1-III.   Division Three.   May 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON M. INGERSOLL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-8-01470-9, Ellen K. Clark, J., entered February 24, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.

[No. 21861-9-III.   Division Three.   May 19, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN E. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 02-1-00034-6, Michael E. Cooper, J., entered February 24, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 23099-6-III.   Division Three.   May 19, 2005.]

KENNETH D. BRITT, *Appellant*, v. THE CITY OF WENATCHEE, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 03-2-00828-6, Ted W. Small, J., entered May 14, 2004. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.